

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00465-CV

**IN THE INTEREST OF I.M.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00828
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Delivered and Filed: June 28, 2023

DISMISSED FOR LACK OF JURISDICTION

Appellant Roselynn Salazar Ojeda filed a notice of appeal on April 27, 2023. The Texas Rules of Appellate Procedure require a party to state the date of the judgment or order appealed from in the notice of appeal. TEX. R. APP. P. 25.1(d)(2). Appellant's notice of appeal does not state any date of the judgment or order from which she wishes to appeal or otherwise identify any judgment or order whatsoever. The clerk's record shows her parental rights were terminated on March 23, 2022. Assuming appellant seeks to appeal that order, the notice of appeal was due April 12, 2022, TEX. R. APP. P. 26.1(b), or a motion for an extension of time was due April 27, 2022. TEX. R. APP. P. 26.3. Appellant's April 27, 2023 notice of appeal is therefore untimely. Because the notice of appeal is untimely, we ordered Appellant to show cause by May 26, 2023 why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). We

admonished Appellant that if she failed to show cause or respond as ordered, this appeal would be dismissed without further notice. *See id.*

Appellant has not filed a response. Accordingly, this appeal is dismissed.

PER CURIAM